IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHRISTOPHER SEAN
BURKHART,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5664

Opinion filed March 11, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Christopher Sean Burkhart, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition seeking a belated appeal of the order rendered April 27, 2015, denying petitioner's motion for postconviction relief in Alachua County Circuit Court case number 2009-CF-002118-A, is granted. The appeal shall proceed under existing case number 1D15-2501.

THOMAS, BILBREY, and KELSEY, JJ., CONCUR.